UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          NO. CIV. S-05-527 LKK/GGH

    Plaintiff,

  v.                        O R D E R

WILLARD E. OVERHOLTZER,
etc., et al.,

    Defendants.
_____/

    Pursuant to court order, the above-captioned case is set for a Status Conference on May 31, 2005.  Neither party has filed status reports as required by this court's Order Setting Status Conference.  On April 29, 2005, plaintiff and defendants filed a stipulation to extend time to respond to the complaint.[1]  Although Local Rule 6-142 provides that the parties may stipulate to an

---

[1] The court notes in passing that according to the stipulation, defendant's response was due on May 15, 2005, a date which has long since passed.

1

initial extension of the responsive deadline, the stipulation did not effect a continuance of this court's Status Conference nor relieve the parties of their obligation to file status reports ten days prior to the conference. Accordingly, the court hereby ORDERS that:

    1.  The Status Conference now set for May 31, 2005 is CONTINUED to July 18, 2005 at 2:45 p.m.;

    2.  All counsel shall SHOW CAUSE why sanctions in the amount of One Hundred and Fifty Dollars ($150.00) should not issue for their failure to timely file status reports; and

    3.  All parties shall file status reports not later than ten (10) days preceding the continued Status Conference date.

IT IS SO ORDERED.

DATED: May 25, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT